closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND, et al., | **CASE NO. 2:17-cv-07029-JFW-KSx** |
| | Hon. John F. Walter |
| Plaintiffs, | |
| | **AMENDED JUDGMENT** |
| v. | |
| INLAND EMPIRE DEVELOPMENT, INC., a California corporation, | |
| Defendant. | |

The above-entitled matter came before the Honorable John F. Walker presiding in Courtroom 7A of the above-entitled Court on the Application of Plaintiffs, Board of Trustees of the Cement Masons Southern California Health and Welfare Fund, Board of Trustees of the Cement Masons Southern California Pension Trust, Board of Trustees of the Cement Masons Southern California Individual Retirement Account (Defined Contribution) Trust, Board of Trustees of the Eleven-Counties Cement Masons Vacation Savings Plan, and Board of Trustees of the Cement Masons Joint Apprenticeship Trust (herein "Plaintiffs") for Final Judgment for Attorneys' Fees and Costs ("Application") against Inland Empire Development, Inc., a California corporation ("Inland") and Jack Fielding ("Fielding") [DKT. 57].

The Court having considered Plaintiffs' Application and supporting documents, and Inland and Fielding having failed to oppose the Application,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Default Judgment entered on January 16, 2018 [DKT. 22] shall be amended, and Plaintiffs shall have judgment, and as follows:

1. As against INLAND EMPIRE DEVELOPMENT, INC., A CALIFORNIA CORPORATION, for attorneys' fees in the amount of $15,707.50 and costs in the amount of $1,693.30; and

2. As against JACK FIELDING, an individual, for attorneys' fees in the amount of $9,775.00 and costs in the amount of $790.50.

DATED: April 15, 2020

JOHN F. WALTER
UNITED STATES DISTRICT